# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0411
_____

RIVERGOLD, INC.,

    Appellant,

    v.

PAYROLL MANAGEMENT,
INC./COMPREHENSIVE
INSURANCE SOLUTIONS,
INC./COMMERCIAL RISK
MANAGEMENT, INC., and
MARIANA COSTILLA,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Keef F. Owens, Judge.

Date of Accident: March 2, 2016.

July 27, 2018

PER CURIAM.

    AFFIRMED.

MAKAR, OSTERHAUS, and JAY, JJ., concur.

---

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

---

Bill McCabe, Longwood, and Susan O. Devonmille of Matheson, Horowitz & Devonmille, P.A., Vero Beach, for Appellant.

Jesse C. Price of MKRS Law, P.L., Stuart, for Appellees.